**Macklin LONG, Plaintiff–Appellant,**

v.

**ADMINISTRATION FOR CHILDREN'S SERVICES, Nicholas Scoppetta, Commissioner of Administration for Children's Services, Alexander Byun, Legal Counsel for the Commissioner of Administration for Childrens' Services, Jennifer Johnsen, Social Worker, Jane Doe, Social Worker, John Doe, Defendants–Appellees.**

**Docket No. 01–9004.**

United States Court of Appeals,
Second Circuit.

April 24, 2002.

Macklin Long, pro se, Jamaica, NY, for Appellant.

Paul L. Herzfeld, Assistant Corporation Counsel for the City of New York, New York, NY, for Appellee.

Present McLAUGHLIN, POOLER and B.D. PARKER, Jr., Circuit Judges.

### SUMMARY ORDER

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, AD-JUDGED, AND DECREED that plaintiff's appeal be and it hereby is DISMISSED.

Plaintiff Macklin Long appeals from a judgment of the United States District Court for the Eastern District of New York dismissing his civil rights complaint. The judgment was entered on July 23, 2001, and Long filed his notice of appeal on August 24, 2001. Because Long waited more than thirty days to file a notice of appeal, we lack jurisdiction over the appeal and must dismiss it. Fed. R.App. P. 4(a)(1)(A).